IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARIO JESUS PEREZ,

    Plaintiff,

v.                                                CASE NO. 4:05-cv-00298-MP-EMT

CHARLES V CRIST,
STATE OF FLORIDA,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 13, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed for failure to prosecute and to comply with orders of the Court. No objections have been filed, and the time for doing so has expired. The Court agrees that plaintiff has failed to respond to several court orders and to prosecute his case. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this *13th* day of April, 2007

                          *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge